May 10, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

DON GOVERNALE, Appellant

NO. 14-16-00196-CV                    V.

HARDIE'S FRUIT AND VEGETABLE CO., LP AND HARDIE'S FRUIT AND
VEGETABLE CO.- HOUSTON, LP, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 1, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Don Governale.

We further order this decision certified below for observance.